THWING ET AL., APPELLANTS, *v.* WEISER ET AL., RESPONDENTS.

(No. 5,104.)

(Submitted October 18, 1922. Decided November 13, 1922.)

[210 Pac. 752.]

(For syllabus, see *Thwing* v. *Weiser, ante,* p. 28.)

*Appeal from District Court, Custer County; S. D. McKinnon, Judge.*

ACTION by J. E. Thwing and others against C. J. Weiser and another. From a judgment dismissing the action, plaintiffs appeal. Reversed.

*Mr. Albert Anderson,* for Appellant, submitted a brief and argued the cause orally.

*Mr. R. B. Hayes* and *Mr. W. C. Packer,* for Respondents, submitted a brief; *Mr. Packer* argued the cause orally.

MR. COMMISSIONER BORTON prepared the opinion for the court.

This case differs from the preceding case of *Thwing* v. *Weiser* (No. 5103) *ante,* p. 28, 210 Pac. 750, only in these particulars: That there are different parties plaintiff and owners of different tracts of land; the amended complaint in this case being practically identical with the amended complaint in the preceding case, except as indicated above.

Since the issues are the same and the same principles apply, and upon the decision in the former case, *Thwing* v. *Weiser*, No. 5103, we recommend that in this case, too, the judgment of the lower court be reversed and the cause remanded, with directions to vacate the judgment and overrule the motion to separately number and state.

PER CURIAM: For the reasons given in the foregoing opinion, the judgment is reversed and the cause is remanded to the district court, with directions to vacate the judgment and overrule the motion to separately number and state.

*Reversed.*